JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVERS, a California individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SKATE WAREHOUSE, LLC; SPORTS WAREHOUSE PROPERTIES II, LLC; SPORTS WAREHOUSE PROPERTIES, LLC; DAVID STUBBS, an individual; STEPHAN GARCIA, an individual; and DOES 1-10<br><br>　　　　Defendants. | CASE NO. CV 12-9946 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANTS |

　　　　On October 23, 2012, plaintiff James Rivers voluntarily dismissed his claims against defendants Sports Warehouse and Sports Warehouse II.  On April 15, 2013, the court dismissed Rivers' claims for violation of California Civil Code § 1708.8, fraud, violation of California Business and Professions Code § 17200, and breach of contract with leave to amend.  Rivers did not restate these claims in the amended complaint he filed on May 6, 2013.  On December 16, 2013, the court entered an order granting summary judgment for the remaining defendants – Skate Warehouse, LLC, Filtrate Global, LLC, David Stubbs, Stephan Garcia, and Wade Sutton – on Rivers' federal claims for copyright and trademark infringement.  The court declined to exercise

supplemental jurisdiction over Rivers' state law claims for wrongful termination and violation of California Civil Code § 3344. Consequently,

IT IS ORDERED AND ADJUDGED

1. That each of plaintiff's claims is dismissed against Sports Warehouse Properties, LLC and Sports Warehouse Properties II, LLC without prejudice; and

2. That plaintiff's copyright, trademark infringement, fraud, breach of contract, California Business and Professions Code § 17200, and California Civil Code § 1708.8 claims are dismissed with prejudice;

3. That plaintiff's wrongful termination and violation of Civil Code § 3344 claims are dismissed without prejudice to being refiled in state court; and

4. That the action be, and is hereby, dismissed.

DATED: December 20, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE